IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELTA ASPHALT, INC., and**
**SOUTHERN ILLINOIS ASPHALT**
**COMPANY, INC.,**

**Plaintiffs,**

**v.**

**TRAVELERS CASUALTY & SURETY**
**COMPANY,**

**Defendant.**                                         No. 05-CV-0543-DRH

## ORDER

**HERNDON, District Judge:**

On May 1, 2006, Plaintiffs filed a stipulation of dismissal (Doc. 26) and on May 2, 2006, Defendant Travelers Casualty & Surety Company filed a dismissal with prejudice of counterclaim (Doc. 27). The stipulations state that the matter may be dismissed with prejudice with each party to bear their own costs.  The Court **ACKNOWLEDGES** the stipulation of dismissals and **DISMISSES with prejudice** this cause of action.  Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 3rd day of May, 2006.

/s/          David   RHerndon
**United States District Judge**