# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELTA ASPHALT, INC., and**
**SOUTHERN ILLINOIS ASPHALT**
**COMPANY, INC.,**

      **Plaintiffs,**

  **vs.**                                        Cause No.  05-CV-0543 DRH

**TRAVELERS CASUALTY & SURETY**
**COMPANY,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received Stipulations for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                    **NORBERT G. JAWORSKI, CLERK**

May 3, 2006                                    By:   s/Patricia Brown
                                                               Deputy Clerk

APPROVED: /s/       David   RHerndon
                  **U.S. DISTRICT JUDGE**